FILED
2013 JUL 25 AM 8: 48
U.S. ...
MIDDLE DISTRICT OF TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL BUTTRY and JENNIFER PETERS, <br><br> Plaintiffs, <br><br> vs. <br><br> DOLLAR GENERAL CORP., <br><br> Defendant. | Case No.: 3:13-0652 <br><br> RULE 23 CLASS ACTION AND FLSA COLLECTION ACTION COMPLAINT <br><br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs Rachel Buttry and Jennifer Peters hereby moves Joshua Ezrin, Esq. for admission to appear *pro hac vice* in this action. A certificate of Counsel's good standing signed by the Clerk of the United States District Court for the Northern District of California is attached hereto as Exhibit A. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that Court.

_B.J. Wade with permission / Lauren Bacon_
B.J. Wade

B.J. Wade
50 North Front, Suite 920
Memphis, TN 38103
(901) 526-2254-Telephone
(901) 526-4640-Facsimile
bwade@skouterismagee.com

Joshua Ezrin, Esq., Attorney
Audet & Partners LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Phone: 415.568.2555
Fax:    415.568.2556
jezrin@audetlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via U.S. Mail, postage prepaid this 23rd day of July, 2013 to:

Keith Throckmorton, Clerk
United States District Court
Middle District of Tennessee
Office of the Clerk 801 Broadway, Room 800
Nashville, TN 37203

and to:

Dollar General Corporation
c/o
Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203

B.J. Wade with permission
B.J. Wade
Lauren Bacon