IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL BUTTRY and JENNIFER PETERS, <br><br> Plaintiffs, <br><br> vs. <br><br> DOLLAR GENERAL CORP., <br><br> Defendant. | Case No.: 3:13-cv-00652 <br><br> Judge: CAMBELL <br> Magistrate Judge: KNOWLES |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs Rachel Buttry and Jennifer Peters ("Plaintiffs") move the Court under Local Rule 83.01(d) for the admission *pro hac vice* of attorney Dana M. Isaac.

Ms. Isaac is an attorney admitted to practice before the United States District Court for the Northern District of California, with an office address of Audet & Partners LLP, 221 Main Street, Suite 1460, San Francisco, California 94105, Telephone no. (415) 568-2555. Ms. Isaac is a member in good standing in the United States District Court for the Northern District of California, and a certificate of Good Standing is attached.

Respectfully submitted,

                                                  */s/ B.J. Wade*
                                                  B.J. Wade (#5182)
                                                  SKOUTERIS & MAGEE, PLLC
                                                  50 N Front Street, Suite 920
                                                  Memphis, TN 38103
                                                  Tel: 888.339.6032
                                                  Fax: 901.526.4640
                                                  bwade@skouterismagee.com

*s/ Joshua Ezrin*
Joshua C. Ezrin (*admitted pro hac vice*)
AUDET & PARTNERS,LLP
221 Main Street, Suite 1460
San Francisco, CA, 94105
Tel: 415-568-2555
Fax: 415-568-2556
jezrin@audetlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via the Court's CM/ECF system this 14 th day of February, 2014, as follows:

M. Reid Estes, Jr.
DICKINSON WRIGHT PLLC
Fifth Third Center
424 Church Street, Suite 1401
Nashville, TN 37219-2392
Tel.: 615.620.1737
Fax: 615.256.8386
restes@dickinsonwright.com

Joel S. Allen
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Tel: 214-466-4000
Fax: 214-466-4001
joel.allen@morganlewis.com

*/s/ B.J. Wade*
