# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Dana Marie Isaac, Bar No. 278848** was duly admitted to practice in said Court on **February 24th, 2013**, and is in good standing as a member of the bar of said Court.



Dated at San Francisco on December 20, 2013

Richard W. Wieking
Clerk