IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RACHEL BUTTRY and
JENNIFER PETERS,

    Plaintiffs,

vs.

DOLLAR GENERAL CORP.,

    Defendant.

Case No.: 3:13-cv-00652

District Judge Todd J. Campbell

Magistrate Judge E. Clifton Knowles

## ORDER

On this day the Court considered the Joint Motion for Order Approving Settlement made by and between Plaintiffs Rachel Buttry and Jennifer Peters ("Plaintiffs") and Dollar General Corp. ("Defendant" or "Dollar General") "), (collectively referred to herein as "Parties") . The Court finds that the Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that the Joint Motion for Order Approving Settlement is hereby GRANTED. The Court hereby APPROVES the settlement reached by the Parties in this matter filed under seal as Docket No. 175.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs' causes of action in the above-styled and numbered cause against Defendant are hereby dismissed with prejudice to the refiling of same, and that each party is to bear its own costs of Court.

Done this 16 day of December, 2015.

_____
District Judge Todd J. Campbell