IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL BUTTRY AND JENNIFER PETERS, <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 3:13-cv-00652 <br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE KNOWLES |

**ORDER**

Before the Court is the Parties' Joint Motion to Dismiss This Case in its Entirety. Having considered the Motion, and reviewed the notices of dismissals (DKT Nos. 179, 180, 181, 182, 183, and 184), the Court finds that the Motion to Dismiss is meritorious and should be GRANTED.

It is therefore ORDERED that this case is dismissed with prejudice, in its entirety, as to all Plaintiffs and Opt-In Plaintiffs, and that, except for as provided for the approved settlement agreement (*see* DKT Nos. 177-178), each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED on this _____ day of _____, 2016.

*Todd Campbell*
JUDGE PRESIDING